ROCKARD J. DELGADILLO, City
Attorney RICHARD M. BROWN,
General Counsel Water and Power
MARCIA HABER KAMINE, Assistant City
Attorney (State Bar No. 084390) 111 North
Hope Street, Suite 340 Los Angeles,
California   90012-2607 (213) 367-4555;
Fax: (213) 241-1400

Attorneys for Defendant, CITY OF LOS ANGELES


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

DIVISION

CASE NO.  1:07-CV-00483-OWW-SMS


AMERICAN ASPHALT & GRADING COMPANY,

a Nevada Corporation,

       Plaintiff,

vs.

CITY OF LOS ANGELES, ACTING BY
AND THROUGH THE LOS ANGELES
DEPARTMENT OF WATER AND POWER;
and DOES 1 through 100, inclusive,

      Defendant.

STIPULATION TO TRANSFER VENUE
[28 USC §1406(a)l; and

**ORDER – Case Transferred to the
Central District of California**


PLAINTIFF, AMERICAN ASPHALT & GRADING COMPANY, a Nevada

Corporation and DEFENDANT : CITY OF LOS ANGELES, ACTING BY AND

THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER,

hereby stipulate as follows:

1.      That attached hereto is a true and correct copy of Part E, Division E-1, General Conditions of the contract between Plaintiff, American Asphalt & Grading Company, a Nevada Corporation and Defendant, City of Los Angeles, acting by and through the Los Angeles Department of Water and Power, Paragraph 29 [page E-1-16] of which specifies venue in Los Angeles County; and

2.      That, pursuant to the said venue selection clause in the contract between Plaintiff, American Asphalt & Grading Company, a Nevada Corporation and Defendant, City of Los Angeles, acting by and through the Los Angeles Department of Water and Power, the parties hereby stipulate that the proper venue is the United States District Court for the Central District of California located in Los Angeles County; and

3.      That the Defendant, City of Los Angeles, acting by and through the Los Angeles Department of Water and Power shall have 20 days from the lodging of the complaint with the United States District Court for the Central District of California within which to file its responsive pleadings.

Dated: May 24, 2007               Plaintiff, American Asphalt & Grading Company
                                  a Nevada Corporation



                      by   /s/M. G. Blackston
                      Snell&Wilmer Leon F.
                      Mead, II, Esq. Stephen T.
                      Graham, Esq. Mathieu G.
                      Blackston, Esq.

Dated: May 25, 2007                Defendant, City of Los Angeles,
                                   acting by and through the Los Angeles
                                   Department of Water and Power


                                   by   /s/ Marcia Haber Kamine
                                   Rockard J. DelGadillo, City Attorney Richard M.
                                   Brown, General Counsel Water and Power
                                   Marcia Haber Kamine, Assistant City Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## PART _g_ - DIVTSIOH El

### GENERAL COHPITIOHS

**1.  Definitions:**  The following words shall have the following meanings:

**a.  Board:**  The Board of Water and Power Commissioners of the City of Los Angeles.

**b.  Department:**  The Department of Water and Power of the City of Los Angeles.

**c.  Chief Engineer:**  The General Manager, the Chief Engineer, or the Assistant General Managers.

**d.  Engineer:**  The General Manager of the Department, or the General Manager's authorized representatives acting within the limits of the duties entrusted to them.

**e.  Directory of Supply Chain** Management:  The Director of Supply Chain Management, Director of Corporate Purchasing Services, or the Assistant Directors of Corporate Purchasing Services, of the Department.

**t.  Bidder:**  A person, firm, or corporation adopting and submitting a proposal in accordance with these specifications.

**g.  cpntragtor;**  The person, firm, or corporation to whom the contract is awarded.

**h.  Subcontractor;**  A person, firm, or corporation, other than the Contractor and employees thereof, who supplies labor or materials on a portion of the work, except- such materials or processes subject to the provisions specified in Article 6 of Division Bl. -_-

**i.  Material Supplier:**  An individual or company who manufactures-the material consumed on the work for improvement. The material shall be subject to the "or equal" provision of California law, as specified in Article 6 of Division Bl_.

**j.  Reference Spegifigatlgns;**  Those bulletins, standards, rules, methods of analysis or test, codes, and specifications of other agencies, engineering societies, or industrial associations referred to in these specifications. These refer to the latest edition, including amendments, published and in effect at the date of advertising these specifications, unless specifically referred to by edition, volume, or date-

ATTACHMENT
_3

PDF created with pdfFactory trial version www.pdffactory.com

DIVISION El                                                GENERAL, CONDITIOHS

**k. Required^ Approved,  Etc,** s    The words
"directed" ,     "required" , "approved" , 'permitted" , "ordered" ,
"designated" , "prescribed" , "instructed" , 'acceptable" ,
•accepted", "satisfactory", or similar words shall refer to
actions, expressions, and prerogatives o£ the Engineer, unless
otherwise expressly stated.

**2.  Rights of Way:**  The site or right of way for the
structure to be constructed will be provided by the Department.
The Contractor shall make arrangements, pay for, and assume all
responsibility for acquiring, using, and disposing of additional
work areas and facilities required.   The Contractor shall
indemnify and hold the Department harmless from all claims for
damages caused by such actions .

**3.  WqrX^t o^ bg Done :**  The Contractor shall perform all
work necessary to complete the contract in a satisfactory manner.
The Contractor shall at all times schedule and employ sufficient
forces, plant, materials, equipment, tools, labor, and
incidentals to assure compliance with these specifications and
shall progress and properly inspect the work to assure completion
within the time specified.   The obligation to deliver finished
work in accordance with the contract shall be absolute and shall
not be affected by the Engineer's approval of, or failure to
prohibit, actions, means, or methods of the Contractor prior to
final acceptance of the complete work.

**4.  Ordinances and Codes:**  The Contractor and the work
shall comply with all laws, ordinances, rules, regulations,
permits, and codes relating to the work, use of premises and
highways, and safety of persons and property.

**5.  Scope < of : Drawings :**  The drawings, including
drawings furnished by the Contractor and reviewed and returned
with no exceptions noted by the Engineer, shall determine the
general character and details of the work.  Such Review of
drawings by the Engineer shall not relieve the Contractor of the
obligation to deliver finished work in strict accordance with the
contract.  Parts of the wo'rk not detailed shall be constructed in
accordance with best standard practice.  Dimensions shown shall
be followed in every case in preference to scale.  Detail
drawings shall take precedence over drawings to smaller scale.
The Contractor shall acknowledge receipt of revised drawings and
shall be responsible for all errors made due to the use of
superseded drawings.  Additional information required by the
Contractor regarding details not shown on drawings furnished by
the Department will be supplied in the form of additional
sketches by the Engineer upon request by the Contractor.  Such
additional information shall be considered an interpretation of
drawings and not extra work.

**6.  Haj:erijilg        Work :**          **D.   paugj. j,g j.t^tajMJL**
co                                  nvj,jii  All materials and work shall
 imply with these  specifications.    All

ATTACHMENT
-4-
Stipulation to Transfer Matter to the United
States District Court for the Central District

PDF created with pdfFactory trial version www.pdffactory.com

furnished shall be new and unused, but this requirement shall not preclude the use of recycled materials in the manufacturing processes-  All work shall be done by qualified workers in a thorough manner.  Materials or quality of work not definitely specified, but incidental to and necessary for the work, shall conform to the best commercial practice for the type of work in question.

   *1,  Supervision and Workers;*  The Contractor, or an experienced superintendent authorized to act for the Contractor, shall be continually in charge of the work.  The Contractor shall have a qualified and experienced supervisor in charge of each branch of the work.  Only competent workers shall be employed. No worker, supervisor, or superintendent shall be continued on the work who, in the judgment of the Engineer, is negligent, incompetent, who acts with willful misconduct, or who fails or refuses to perform work properly and acceptably.

   **8.  Contractor's Presence at Site:**  Before commencing work, the Contractor shall designate, in writing, a representative who shall have complete authority to act for the Contractor.  An alternate may also be designated-  The representative or the alternate shall be present at the site whenever work is in progress or when weather conditions or other circumstances require measures to protect materials, work, persons, or property-  Information given by the Engineer to the Contractor's superintendent, representative, or alternate shall be as binding as though given to the Contractor in person.

   **9.  Work Schedules and Progress Reports;**  Before commencing work, the Contractor shall submit to the Engineer a written schedule for the entire contract work.  If the Contractor intends to change the method or operations, or if the schedule fails to reflect the actual progress, the Contractor shall promptly submit a revised schedule before beginning revised operations.  Each schedule shall show the dates for commencing and completing each phase of work.  Each schedule shall include supporting data respecting.procurement and utilization of labor, equipment, material, and inspections, sufficient to show a comprehensive and detailed plan of operation for timely completion of_ each phase and of the entire contract work.  The Contractor shall submit additional scheduling data or reports of progress as requested in writing by the Engineer.

   **10.  Quality Assurance:**  The Contractor shall thoroughly test and inspect materials, equipment, and work in order to assure that the requirements of the specifications have been met.  The Contractor shall eliminate all materials, equipment, and work which are defective or which do not meet the requirements of the specifications before inspection, testing, or acceptance by the Engineer.  Materials and equipment not so inspected and tested by the Contractor shall not be incorporated in the work.  The Contractor shall submit materials, equipment,

EI-3

ATTACHMENT
-5-
Stipulation to Transfer Matter to the
United States District Court for the Central District

PDF created with pdfFactory trial version www.pdffactory.com

or work for the Engineer's approval, acceptance, or inspection
only after such testing and inspection by the Contractor.

      The Contractor shall keep the Engineer informed of the
progress of the work and of the times and places of manufacture
of materials and equipment.  The Contractor shall give ample
advance notice of inspections and tests.  The Contractor shall
furnish the Engineer with reasonable facilities and samples, with
such information as the Engineer may desire, and with proper
authority for access to observe inspections and tests.  If these
specifications require specific inspections or tests to be made
or observed by the Engineer or designated agent of the
Department, the Contractor shall not proceed beyond the point of
any such inspection or test until the same has been made and so
observed or until this requirement is waived by the Engineer in
writing with respect to such inspection or test.

      All test procedures shall be subject to review and
acceptance by the Engineer.  All materials, equipment, and work
shall be subject to rigorous inspection by the Engineer,
Inspection, testing, approval, or acceptance by the Engineer
shall not relieve the Contractor of the responsibility of
furnishing the best labor, materials, and equipment in accordance
with these specifications or of the responsibility for later
discovered flaws or defects.  If any material, equipment, or
portion of work does not meet the requirements of these
specifications, the material, the equipment, or the portion of
work, or any faulty portion, may be rejected.

      The provisions of this Article shall take precedence
over any conflicting inspection, testing, and quality assurance
provisions contained in Reference Specifications.

      **11.   Protection of Materials and Work:**  The Contractor
shall provide and maintain storage facilities and employ such
measures as shall preserve the specified quality and fitness of
materials to be used in the work-  Stored materials shall be
accessible for inspection-.

      The Contractor shall be under an absolute obligation to
protect the finished and unfinished work against damage, loss, or
injury until- final acceptance of the entire contract work.  In
the event of damage, loss, or injury, the Contractor shall
promptly replace or repair such work or materials as determined
by the Engineer.                                        .

      **12.   Protection of Persona aod Property;**  The
Contractor shall take all reasonable precautions to protect
persons and property of others from damage, loss, and injury
until final acceptance of the entire contract work.  Such
precautions shall include sufficient guards, lights, barricades,
and enclosures at and about the site,

**ATTACHMENT  -6-**
Stipulation to Transfer Matter to the States
District Court for the Central District

PDF created with pdfFactory trial version www.pdffactory.com

Within 3 working days after the occurrence of any such damage, loss, or injury, the Contractor shall make a full and complete report thereof in writing to the Engineer,

The provisions of this Article shall not be deemed to create any right of action 'in favor of third parties against the Contractor, any subcontractor. The City of Los Angeles, the Board, the Department, or any officer or any employee thereof.

13.   Indemnification;   The Contractor undertakes and agrees to indemnify and hold harmless the City of Los Angeles, the Department of Water and Power, the Board of Water and Power Commissioners of the City of Los Angeles, and all their officers and employees, and, at the option of the Department, to defend the Department and any and all of their Boards, officers, agents, representatives, employees, assigns, and successors in interest from and against all suits and causes of action, claims, charges, damages, demands, judgements, civil fines and penalties, or losses of any kind or nature whatsoever, for death, bodily injury, or personal injury to any person, including the Contractor's employees and agents, or damage or destruction to any property, including loss of use, of either party hereto, or third persons in any manner arising by .reason of the negligent acts, errors, omissions, or willful misconduct incident to the performance of this contract on the part of the Contractor or the Contractor's officers, agents, employees, or subcontractors, except for the active negligence or willful misconduct of the Department, its Board, officers, agents, representatives, or employees -

14.   <u>Time is **of the Essence**</u> jug EjgteBsiQna*of. "Tjjtae:*
Time is of the essence of the contract.  All work shall be completed within the times and by the dates specified.  Time shall not be extended except as provided in this Article.

If the Contractor makes a timely written -request in accordance with this Article, the time for performance will be extended by the Engineer for a period of time equivalent to any delay of the whole work which is (1) authorized in writing by the Board or the Director of Supply Chain Management acting through the Chief Engineer, or (2) caused solely by the Department, or (3) due to unforeseeable causes (such as war, strikes, natural disasters, or abnormal amounts of adverse weather), and-which delay is beyond the control and without the fault or negligence of the Contractor and subcontractors.

The Contractor shall promptly notify the Engineer in writing at both the beginning and ending of any delay, of its cause, its effect on the whole work, and the extension of time claimed.  Failure of the Contractor to provide such written notices and to show such facts shall constitute conclusive evidence that no excusable delay has occurred and that no extension of time is required.

El- 5

Stipulation to **Transfer** Matter **to the**
United **States** District Court **for the Central** District

PDF created with pdfFactory trial version www.pdffactory.com

The Engineer will ascertain the facts and the extent of the delay and will extend the time for performance when the Engineer's findings of fact justify such extension. The Engineer's determination shall be final and conclusive.

If, as a result of delay caused solely by the Department, the Contractor sustains a loss which could not have been reasonably avoided, the Contractor will be paid such amount as the Chief Engineer finds to be fair and reasonable compensation for such part of the Contractor's actual loss as the Chief Engineer finds to have been unavoidable and caused solely by the Department. Claims for any such loss shall be made and determined in accordance with Article 19 of this Division- The Contractor shall provide the Chief Engineer with all records regarding the handling of forces, equipment, and plant and regarding the costs incurred. The findings of the Chief Engineer shall be final and conclusive.

The requirements of this Article shall be in addition to, and shall not 'be construed as waiving, claims provisions of the Los Angeles City Charter and of the Government Code of the State of California- The Department will be responsible for extensions of time as herein provided, but will not otherwise be 'responsible in any manner or to any extent for compensation in addition to the contract price or for damages directly or indirectly suffered by the Contractor because of delay.

**15,   Changes at Request of Contractor:** Changes which are legally permissible may be made to facilitate the work of the Contractor. Such changes may only be made without additional cost to the Department and without extension of time. Permission for such changes shall be requested in writing by the Contractor to the Engineer, whose decision will be in writing and will be final.

**16.   Requests for Substitution of Equivalent Materials or Equipment;** If any material or equipment is offered as the equivalent to that specified, the Contractor shall submit to the Engineer for approval or acceptance a written request for substitution not more than 35 calendar days after date of award of contract.- The request shall contain name of the manufacturer, brand, catalog number, catalog or relevant portions thereof, and other information sufficient to show that such material or equipment is equivalent to that specified. If requested by the Engineer, the Contractor shall, at no cost to the Department, provide test reports of such equivalent material or equipment as to its quality, strength, durability, design, efficiency, finish, service, or chemical and physical characteristics- Only equivalent materials or equipment, approved in writing by the Engineer, may be substituted for specified materials or equipment.

El-6

**ATTACHMENT**
-8-
**Stipulation to Transfer Matter to the United**
**States District Court for the Central District**

PDF created with pdfFactory trial version www.pdffactory.com

Substitutions for material or equipment having a Los Angeles Research Report will require that the substitute material or equipment have an active Los Angeles Research Report and that the Contractor shall obtain approval from the Los Angeles City Department of Building and Safety.  Evidence of the City's approval shall be furnished to the Engineer prior to the Department's approval or acceptance of the substituted material or equipment.

All costs incurred by the Department arising from the Contractor's requests for substituted or equivalent materials or equipment, including, but not limited to, those arising from additional engineering or adaptation of other parts of the design, shall be borne by the Contractor.

**17.  Authority of the Engineer;**  The Engineer will give the orders and directions as provided in the specifications and will determine, within the limitations of these specifications, the amount, quality, acceptability, and fitness of the various kinds of work and materials to be paid for.

Should any discrepancy appear or any misunderstanding arise as to the import of anything contained in these specifications or drawings, the matter shall be immediately referred to the Engineer, who will decide the matter in accordance with the true intent and meaning.

If the Contractor at any time fails to maintain adequate progress, or to schedule or employ sufficient and adequate work forces, plant, materials, tools, and methods, the Engineer may notify the Contractor of the deficiency, and the Contractor shall increase the progress of the work and modify procedures and activities to meet the approval of the Engineer. Such approval shall not relieve the Contractor of the obligation to comply with these specifications and to complete the work within the time specified and at the contract price.

If the Contractor, at any time fails to comply, with these specifications in any"way, the Engineer shall have the right to order all work or a portion of the work stopped at a time specified by the order.  Such Stop Work Order shall be in writing and shall allow the Contractor 3 working days in which to comply with the demands of the order.  The work to which, a Stop Work Order is directed shall be corrected to the entire satisfaction of the Engineer.  Any such order shall not relieve the Contractor of the obligation to complete the entire work within the time specified and at the contract price.

E1-7

**ATTACHMENT**
**g**

Stipulation to Transfer Matter to the United
States District Court for the Central District

PDF created with pdfFactory trial version www.pdffactory.com

Spec. 991Q

PIVTSIOK E1 _____ T GfeJjERAI, CONDITIONS

**18. Extra Work, Changes by the Department, or Changed Conditions:**

r

**a. General**: The Department reserves the right at anytime before final acceptance of the entire work to order the Contractor to perform extra work, furnish extra material or equipment, or to make changes altering, adding to, or deducting from the work, without invalidating the contract or bonds,. Changes shall not be binding upon either the Department or the Contractor unless made in writing in accordance with this Article.       I

Changes shall originate with the Engineer who will transmit to the Contractor a written request for proposal,

I

covering the requested change, setting forth the work in detail, and including any required supplemental plans or specifications.

Upon receipt of such request, the Contractor shall promptly and in no case later than 30 calendar days after receipt, submit a proposal in writing to the Engineer offering to perform such extra work or change- The proposal shall be firm for a period of not less than 60 'calendar days from the date of receipt by the Engineer. The proposal,shall include a fully itemized statement of all costs and/or credits, a schedule analysis indicating all schedule activities affected by the change, and a request for any required extension of time caused by impacts to critical path activities. Failure of the Contractor to include a request for extension of time in the proposal shall constitute conclusive evidence that such extra work or revisions will entail no delay and that no extension of time will be required.

If the Contractor's proposal is accepted and authorized by the Board or by the Director of Supply Chain Management, a written Change Order will be issued by the Chief Engineer or by the Director of Supply Chain Management, stating that the extra work or change is authorized and granting any required adjustments of contract price and of time of completion.

The performance of extra work or changes pursuant to Change Order, shall be in accordance with the terms and conditions of these specifications and the performance and labor and material payment bonds. No extra work shall be performed, and no change shall be made, unless pursuant to such written Change Order, and no claim for an addition to the contract price shall be valid, unless so ordered.

**b. Lump Sum Change Orders;** Payment of all costs, including markups for all overheads and profit, for all lump sum Change Orders shall be in accordance with the following:

**(1) Labor;** The costs of labor shall be the

actual costs for wages of workers performing the extra work at

El-8 „ ...

ATTACHMENT
-10-

PDF created with pdfFactory trial version www.pdffactory.com

the time the extra work is done, plus employer payments of payroll taxes, workers' compensation insurance, liability insurance, health and welfare, pension, vacation, apprenticeship funds, and other direct costs resulting from federal, state, or local laws, as well as assessments or benefits required by lawful collective bargaining agreements.  Labor costs shall be in compliance with the Labor Laws article of Division Bl and the labor categories and costs submitted to the Engineer.  Each labor classification shall be appropriate for the task to be performed. The use of a labor classification which would increase the extra work cost will not be permitted, unless the Contractor establishes the necessity for such additional costs.  Labor costs for equipment operators and helpers shall be reported only when such costs are not included in the invoice for equipment rental. The labor costs for supervisors shall be apportioned to all of their assigned work, and only that applicable to extra work shall be paid.  Nondirect labor costs, including superintendence, shall be considered part of the markup for overheads and profit.

(2)  **Material:**  The cost of materials reported shall be' at the invoiced costs or lowest current wholesale prices at which such materials are locally available and delivered to the jobsite in the quantities involved, plus sales tax, freight and delivery.  The Engineer reserves the right to approve materials and sources of supply, or to supply materials to the Contractor, if necessary, for the progress of the work.  No markup shall be applied to any material provided by the Engineer.

(3)  **Equipment Rental:**  Regardless of ownership, the rates to be used in determining equipment rental costs shall not exceed the rates published by the State of California, Department of Transportation, Division of Construction, at the time the work is performed.  When machinery and equipment not so listed is required, an average rental rate, based on listed rates prevailing locally at equipment rental agencies, will be allowed. All equipment rental costs shall include the cost.of fuel, oil, lubrication, supplies, small tools, necessary attachments, repairs and maintenance of _any kind, depreciation,- storage, insurance, and all incidentals.  Necessary loading and transportation costs for equipment used on the extra work shall be included. , All equipment shall be acceptable to the Engineer, shall be in good working condition, and shall be suitable for the purpose for which it is to be used.  Manufacturer's ratings and manufacturer's approved modifications shall be used to classify equipment, and it shall be powered by a unit of not less than the minimum rating recommended in the manufacturer's printed instructions.

The reported rental time for equipment already at the jobsite shall be the duration of its use on the extra work, commencing at the time it is first put into actual operation on the extra work, plus the time required to move it from its previous site and back or to a closer site.  If equipment is used

ATTACHMENT
-11-
**Stipulation to Transfer** Matter to the United States District Court for the Central District

PDF created with pdfFactory trial version www.pdffactory.com

**DIVISION El** _____ _ **^.ugRAL COBDITIOHS**

**Spec. 9910**

1

intermittently and, when not in use, could be returned to its
rental source at less expense than holding it at the jobsite, it
shall be returned, unless the Contractor elects to keep it at the
jobsite at no cost to the Department-

      **(4)** **Small Tools;** No payment will be made for
the use of equipment and tools which have a replacement value of
$200.00 or less.  Such costs shall be included in the markups
Q*.|-=Xl i c*Ha^I i n Qiil-ia-r-t-i ^l f> l PK ( f*\ nf t-h-i *3 Hi vi =H fin .
established in Subarticle 18b(6) of this Division.

      **(5)** **Other Items:** The Engineer may authorize
other items which may be required on the extra work.  Such items
shall include labor, services, material, and equipment which are
different in nature from those required for the work and which
•
are of a type not ordinarily available from the Contractor or any
of the subcontractors.  Detailed invoices covering all such items
shall be submitted with the request for payment.

      **(6)** **Iterkups for^ Additive x.uTo* Sum Change Orders;**

      **(a)** **Work by Contractor i** The following
percentages shall be added to the net amount of the Contractor's
costs and shall constitute the markup for all other expenses,
overheads, and profit:

| | |
|---|---|
| Labor | 20 |
| Materials | 15 |
| Equipment Rental | 15 |
| Other Items and Expenditures | 15 |

      **(b)** **Wor-fc by Subcontractor:** When all or any
part of the extra work is performed by a subcontractor, the
markup established in Subarticle 18b(6)(a) of this Division shall
be applied to the net amount of the subcontractor's actual cost
of each additive Change Order, to which a markup of 10 percent on
the first $2,000.00 of the subcontracted portion; erf the extra
work and a markup of 5 percent on work added in excess of
$2,000.00 of the subcontracted portion of the extra work may be .
added by the Contractor. "Regardless of the number of
hierarchical tiers of subcontractors, the markup on
subcontractor's costs may only be applied once for each Change
Order.  The subcontractor may also charge a markup for additional
bond and insurance costs in accordance with Subarticle -18b(8) of
this Division.

      **(7)** **Markups for Credit Lump Sum Change Orders:**
Markups for all other expenses, overheads, and profit on net
deductive Change Orders shall be credited to the Department at
the rate allowed for additive lump sum Change Orders in
Subarticle 18b(6) of this Division.

PDF created with pdfFactory trial version www.pdffactory.com

through 18b(7) of this Division, the Contractor and all
subcontractors will be compensated for the verifiable additional
expenses of bonds and insurance due to additive Change Orders. No
profit or overhead shall be allowed on this compensation for bond
and insurance costs.  The Contractor and all subcontractors shall
credit the Department for the reduced expenses of bonds and
insurance due to net deductive Change Orders,

    **c.  Cost-Plug Change Orders;**  When a lump sum price
for extra work cannot be established or agreed upon because of
the nature of the work, or for any other reason, the-Engineer may
issue a cost-plus Change Order.  Such Change Order shall specify
the maximum limit for the payment to be made and the time
extension to be allowed for such work or changes.  The Contractor
shall perform such work and shall furnish the Department daily
invoices and itemized bills only for the actual cost of labor,
materials, equipment use, transportation, supplies, and other
items in accordance with Subarticles 18b(l) through 18b(5), plus
a charge not exceeding 15 percent of the actual cost of the
foregoing items to cover all other expenses, overheads, and
profit of the Contractor for such work or changes.  An'additional
5 percent markup will be allowed for work performed by
subcontractors-  Regardless of the, number of hierarchical tiers
of subcontractors, the additional 5 percent markup on
subcontractor costs may only be applied once for each Change
Order.  An additional markup for bonds and insurance will be
allowed in accordance with Subarticle 18b(8).  The total of such
bills shall not exceed the specified maximum cost limit and time
allowance of the Change Order.

    **d.  Excluded Cos**ts:  Costs which shall be considered
as part of the markups for all other expenses, overheads, and
profit as allowed for in Subarticles 18b(6), 18b(7>, and 18c of
this Division, and which shall not be paid separately in the
Change Orders under this Contract include, but are not limited
to, safety program expenses, cleanup expenses, home.office
expenses, superintendence and other field office costs, interest
costs of any type; claim preparation or filing costs; legal
expenses;  costs of preparing or reviewing proposed Change
Orders; lost revenue; lost profits; lost income or earnings;
rescheduling costs; costs of idled equipment when such equipment
is not at the site or has not yet been employed on the work; lost
earnings or interest on unpaid retainage; claims consulting
costs; costs of corporate officers or staff visiting the site;
any compensation due to the fluctuation of foreign currency
conversion or exchange rates; or loss of other business.

    **e.  Contractor's or Vendor'3 Invoices:**  Before
approving payments for extra work, the Engineer may request the
Contractor's or vendor's invoices for material, equipment rental,
and other expenditures.  If the request for payment is not
substantiated by invoices or other documentation, the Engineer

ATTACHMENT
-13-
**Stipulation to Transfer Matter to the
United States District Court for the Central District**

PDF created with pdfFactory trial version www.pdffactory.com

may establish the cost of the item involved at the lowest

I
wholesale price which was current at the time of the report.

™

  f. **Differing or Pnusual Site Conditions, or
Hazardous waste?** The Contractor shall promptly notify the

|
Engineer, in writing, upon the discovery and before disturbing

..
the following site conditions:

jj

  (1) Subsurface or latent physical conditions
differing materially from those represented in the contract.
   H

  (2) Unknown physical conditions of an unusual
   ™
nature differing materially from those ordinarily encountered and
generally recognized as inherent in the work required by the
    •
contract.

  **(3)** Material that the Contractor reasonably
believes may be hazardous waste, as defined in Section 25117 of
I
the Health and Safety Code, that is required to be removed to a
Class I, Class II, or Class III disposal site as required by law.

  The Contractor's failure to give notice of the
changed conditions promptly upon their discovery and before they
are disturbed shall constitute a waiver of all claims in
connection therewith.  Upon receipt of such notice, the Engineer
will promptly investigate the conditions.  If the Engineer
determines that the conditions materially differ, or involve
hazardous waste, and cause a decrease or increase in the
Contractor's cost or in the time required for performance of any
part of the work, a Change Order will be issued-

  **19.** **Protests, Disputes, and Claims;** If the Contractor
considers any demand of the Engineer to be outside of the
requirements'of the contract, or considers the amount of any
payment, or any record, ruling, or other act or omission by the
Engineer to be unreasonable, or should any dispute; arise
respecting the true value of any work done or omitted, the
Contractor shall promptly -deliver to the Chief Engineer a
written statement of the protest arid of the amount of
compensation claimed.

If'the Contractor submits a claim to the Engineer for additional compensation, the Engineer shall have the right, as a condition to considering the claim and as a basis for evaluation of the claim, and until the claim has been settled, to audit the Contractor's books to the extent they are relevant, as determined by the Engineer.  This right shall include the right to examine the books, the records, the documents, and the other evidence and accounting procedures and practices, sufficient to discover and verify all direct and indirect costs of whatever nature claimed to have been incurred or anticipated to be incurred and for which the claim has been submitted.  The right to audit shall include the right to inspect the Contractor's plants, or such thereof, as

ENT **El**-12
14-

ATTACHM
-

"

""P'''³*¹⁰¹¹ **to** Transfer Matter to the
United States Dte Wct **Court for the Central** District

…. .,, _____

PDF created with pdfFactory trial version   www.pdffactory.com

may be or have been engaged in the performance of this contract.
The Contractor further agrees that the right to audit encompasses
all subcontracts and is binding upon subcontractors-  The right
to examine and inspect, as herein provided for, shall be
exercisable through such representatives as the Engineer deems
desirable during the Contractor's normal business hours at the
office of the Contractor.  The Contractor shall make available to
the Engineer for auditing all relevant accounting records and
documents and other financial data and upon request shall submit
true copies of requested records to the Engineer.

          On all claims, the Contractor shall certify that the
Contractor believes the damages requested actually and accurately
reflect the liability of the Department.

          Upon review of the protest, claim, and evidence, the
Chief Engineer Will promptly advise the Contractor in writing of
the Chief Engineer's final decision which will be binding on all
parties.

          The requirements of this Article shall be in addition
to, and shall not be construed as waiving, claims provisions of
the Los Angeles City Charter and of the Government Code of the
State of California.  The Contractor is deemed to have waived and
does waive all claims for extensions of time and for compensation
in addition to the contract price except for protests and claims
made and determined in accordance with this Article.

          20.  Suspension of Work:  The Chief Engineer may at any
time suspend the entire work by written notice to the Contractor,
who shall thereupon discontinue all work except as necessary to
prevent damage to property or to work already accomplished and
except as ordered by the Engineer in writing.  Work shall be
resumed by the Contractor upon written notice from the Chief
Engineer.  The Engineer may, at any time, by notice in writing to
the Contractor, suspend any part or portion of the "work for such
period as may be required.

          Extensions of time, compensation for delays, and
payment for work performed in accordance with such written orders
of the Engineer will be made and determined in accordance with
Articles 14 and 18 of this Division.

          21.  Termination of Contract;  If through no fault of
the Contractor or any subcontractor, the entire work shall be
suspended by written order of the Chief Engineer for
90 consecutive days, the Contractor may, by written notice to the  s
Board, terminate the contract.  The Department will have no claim for
damages because of such termination.

          The Board or the Director of Supply Chain Management
may, by written notice to the Contractor, terminate the contract
at its own discretion, or when conditions encountered during the

ATTACHMENT
-15-
**Stipulation to Transfer Hatter to the United**
**States District Court for the Central District**

PDF created with pdfFactory trial version www.pdffactory.com

work make it impracticable to proceed, or when the Department is
prevented from proceeding with the contract by unforeseeable
natural causes, by law, or by official action of a public
authority. Upon service of notice of such termination, the
Contractor shall discontinue all work except such work as the
Engineer may order in writing. The Contractor shall have no
claim for compensation or damages except for work actually
performed prior to the time of the notice and for work performed
as ordered in writing by the Engineer thereafter. Payment for
work performed in accordance with such written orders of the
Engineer shall be made and determined in accordance with
Article 18 of this Division. The Department may, and at the
request of the Contractor will, purchase the consumable supplies
that the Contractor has purchased for the work and which the
Engineer deems suitable to completion of the work. The
Contractor shall submit an itemized cost inventory and shall, on
request of the Engineer, provide access to the books and records
showing the true costs thereof.

**22- Termination for Breach;** If the Contractor
violates any condition of the Contract, unreasonably delays
performance, fails to perform any covenant, or becomes insolvent,
the Chief Engineer may notify the Contractor of such breach and
instruct the Contractor to discontinue all or any part of the
work, or may notify the Contractor and surety that unless the
failures are remedied forthwith the contract will terminate
within 10 calendar days or at the time specified by such notice.

If such notice to discontinue is given to the
Contractor, the Department may take charge of and complete the
discontinued work by contract or otherwise. If requested by the
Engineer, the Contractor shall assign to the Department all
rights under subcontracts for completion of discontinued work.
The Department may take possession of and use any of the
materials, plant, tools, equipment, supplies, and property

provided by the Contractor for the discontinued'work. Claims of
the Contractor for payment of compensation shall be made and
determined in accordance with Article 19 of this Division.

If notice is given to the surety, the surety may,
during such 10 calendar days, give written notice to the
Department of its election to assume control of the work and
perform under the contract. Upon giving such notice, the surety
shall succeed to all rights and obligations of the Contractor.
Within 5 calendar days after the surety gives such notice, the
surety shall substantially commence the performance of the work-

The Department shall have no liability and the
Contractor shall have no claim for damages for such
discontinuance or termination. The provisions of this Article
shall be in addition to all other rights and remedies available
to the Department under law.

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

Case 1:07-cv-00483-OWW-SMS   Document 8   Filed 06/26/2007   Page 21 of 24

**23.  Right of Property in Materials:**  Nothing in this contract shall be considered as vesting in the Contractor any right of property in materials attached or affixed to the work or Che soil but all such materials shall, upon being so attached or affixed, be the property of the Department.  This Article shall not relieve the Contractor of the obligation to protect materials and work or the obligation to protect persons and property of others.

**24.  Assignment *of* Contract Prohibited;**  The Contractor shall not assign or otherwise attempt to dispose of this contract, or of any of the moneys due or to become due thereunder, unless authorized by the prior written consent of the Chief Engineer.  No right shall be asserted against the Department, in law or equity, by reason of any assignment or disposition unless so authorized.

If the Contractor, without such prior written consent, purports to assign or dispose of the contract or of any interest therein, the Department, at the Department's option, may terminate the contract, and the Department will be relieved and discharged from any and all liability and obligations to the Contractor, and to any assignee or transferee thereof.

**25.  Police and ganitary Regulationst**  All police, sanitary, and site regulations shall be fully and promptly carried out.  An ample supply of water of appropriate quality shall be provided and maintained at all times.  Suitable facilities shall be provided for the sanitary necessities of all persons employed on the work, unless such facilities are otherwise available.  All persons connected with the work shall use the sanitary conveniences provided.  The committing of nuisances shall be rigorously prohibited.

**26.  Pjitentg:**  The Contractor shall fully indemnify the Department against any and all liability whatsoever.by reason of any alleged infringement of any patent on any article, process, method, or application used in the construction of the work, or by reason of use by the Department of any article or material furnished under this contract.

**27. ' Contractor's Address and Legal Service:**  The address given in the proposal shall be considered the legal address of the Contractor and shall be changed only by written notice to the Department-  The Contractor shall supply an address to which certified mail can be delivered.  The delivery of any communication to the Contractor's designated representative or alternate, to the Contractor personally, or to such address, or the depositing in the United States Mail, registered or certified with postage prepaid, addressed to the Contractor at such address, shall; constitute legal service thereof.

ATTACHMENT
-17-
Stipulation to Transfer Matter to the United
States District Court for the Central District

PDF created with pdfFactory trial version www.pdffactory.com

28.   Additional Surety:  Should any surety be deemed unsatisfactory at any time by the Board, notice will be given to the Contractor and the Contractor shall forthwith furnish sureties satisfactory to the Board.  No payment will be made to the Contractor after said notice until such sureties have been accepted by the Board.

29.   Governing I*aw;  All matters relating to the validity, construction, interpretation, and enforcement of the bid, contract, and bonds shall be determined in accordance with the laws of the State of California with venue in Los Angeles County.

**30.   Attorney Fees and Costs:**  If any dispute arises under this contract, the Department and Contractor agree that in any action to enforce the terms of this contract that the Department and Contractor shall be responsible for their respective attorney fees and costs.

ATTACHMENT
-18-
Stipulation to **Transfer** Matter **to the** United
States District **Court for the Central** District

PDF created with pdfFactory trial version www.pdffactory.com

## <u>ORDER</u>

THE FOLLOWING ORDER IS ENTERED WITH RESPECT TO THE STIPULATION TO TRANSFER FOR IMPROPER VENUE

1.   Stipulation to transfer for improper venue is approved.

2.   The instant matter is transferred forthwith to the United States District Court for the Central District [28 USC §1406(a)].

3.   Defendant City of Los Angeles, acting by and through the Los Angeles Department of Water and Power shall have 20 days from the lodging of the complaint with the United States District Court for the Central District within which to file its responsive pleading.

**IT IS SO ORDERED.**

Dated: May 31, 2007          /s/ Sandra M. Snyder

Sandra M. Snyder, U.S. Magistrate
Judge, United States District Court
For the Eastern District, Fresno<u>19</u>
**Stipulation to Transfer Matter to the United Stales District Court for the Central District**

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com